UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY



FILED
MAR 2 7 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:19-cr-00090
     18 U.S.C. § 1791(a)(1)
     18 U.S.C. § 1791(b)(5)

SCOTT A. HALL

# INFORMATION

The United States Attorney Charges:

In or around September, 2017, in or near Summers County, West Virginia, and within the Southern District of West Virginia, defendant SCOTT A. HALL, contrary to 28 C.F.R. § 6.1, did knowingly and unlawfully provide prohibited objects as defined by 18 U.S.C. § 1791(d)(1)(G), that is, notes of a romantic nature, to an inmate of a prison, that is, the Federal Prison Camp at Alderson.

In violation of Title 18, United States Code, Sections 1791(a)(1) and (b)(5).

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: _____
JOHN L. FILE
Assistant United States Attorney

Filed: MARCH 27, 2019