## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **thirty (30) days and is remanded to the custody of the United States Marshal Service.**

The court **RECOMMENDS** the following to the Bureau of Prisons:

❑ The defendant shall surrender to the United States Marshal for this district as notified by the United States Marshal.

❑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons by 1:00 p.m. on _____.

❑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

❑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered _5/15/2019_ to _SRJ_ a _State Jail_, with a certified copy of this judgment.

_Michael T. Baylous_
United States Marshal

By _Fredrick W. Jamey_
Deputy United States Marshal

FILED
MAY 21 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties as set out on the Schedule of Payments page.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS: | $10.00 | $0.00 | $0.00 |

☐     The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* will be entered after such determination.

☐     The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS: | $ | $ |  |

☐     Restitution amount ordered pursuant to plea agreement $_____

☐     The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Page _____ may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐     The court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement is waived for the fine.

☐     The court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement is waived for the restitution.

☐     The court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement for the fine is modified as follows:

☐     The court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement for the restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

X     Lump sum payment of $10.00 due immediately.

☐     Lump sum payment of $_____ due immediately, balance due as set forth below:

☐     Special instructions regarding the payment of criminal monetary penalties:

Unless the court expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐     Joint and Several
        Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐     The defendant shall pay the cost of prosecution.

☐     The defendant shall pay the following court cost(s):

☐     The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA

| UNITED STATES OF AMERICA | Case Number: 5:19-cr-00090 |
|---|---|
| V. | USM Number: |
| SCOTT A. HALL | Defendant's counsel: Kristopher Faerber, CPA Panel Attorney |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT:

X     pleaded guilty to the single count Information.

☐     pleaded nolo contendere to count(s)_____ which was accepted by the court.

☐     was found guilty on count(s) _____ after a plea of not guilty.

REC'D USMS CHARLESTON, WV
APR 18 2019 AM 11:56

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1791(a)(1), (b)(5) | knowingly and unlawfully provide notes of a romantic nature, a prohibited object, to an inmate at Federal Prison Camp at Alderson | 9/2017 | One |
| | | | |
| | | | |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.

☐     The defendant has been found not guilty on count(s)_____.

☐     Count(s)_____ is(are) dismissed on the motion of the United States.

      It is ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States Attorney of material changes in economic circumstances.

Date of Imposition of Judgment: April 16, 2019.
Date Signed: April 16, 2019.

Omar J. Aboulhosn
United States Magistrate Judge

A TRUE COPY CERTIFIED ON
April 16, 2019
[Date]
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia
By s/Lyza Anderson, Deputy

Page 1 of 4